November 02, 2007

Mr. Richard P. Hogan Jr.
Hogan & Hogan, L.L.P.
Two Houston Center
909 Fannin, Suite 2700
Houston, TX 77010
Ms. Sonia I. Lopez
Law Offices of Ramon Garcia
222 W. University Dr.
Edinburg, TX 78539

RE: Case Number: 06-0575
 Court of Appeals Number: 13-04-00269-CV
 Trial Court Number: C-1297-01-F

Style: KNAPP MEDICAL CENTER
 v.
 JAVIER E. DE LA GARZA, AND JAVIER E. DE LA GARZA, M.D., P.A.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Cathy Wilborn|
| | |
| |Mr. Omar Guerrero|
| | |
| |Mr. Kevin H. |
| |Dubose |